UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| PAUL L. BROWNING, | ) | 3:00-CV-0633-ECR-VPC |
| | ) | |
| Plaintiff(s), | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | |
| | ) | DATED:  August 23, 2007 |
| MCI, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE

Deputy Clerk:      Lisa Mann          Court Reporter:      FTR

Counsel for Plaintiff(s):      Paul L. Browning (Telephonically)

Counsel for Defendant(s):      Melanie Porter and Jasmine Mehta

PROCEEDINGS: STATUS AND MOTION HEARING

9:18 a.m.  Court convenes.

The Court addresses the parties regarding the purpose of this hearing.

The Court and the parties first discuss MCI Worldcom Communications, Inc. ("MCI"), and Tonya Wise's motion for expedited determination and approval of settlement terms (#308).

The Court finds that MCI and Tonya Wise's motion for expedited determination and approval of settlement terms (#308) is GRANTED insofar as an expedited hearing was conducted and all of the settlement terms are approved; however, the motion is DENIED insofar as MCI is seeking approval to wire transfer the settlement funds directly to plaintiff's mother.

IT IS ORDERED that MCI and Ms. Wise shall, with the assistance of the Nevada Department of Corrections ("NDOC"), deposit the settlement funds directly into the plaintiff's Trust II account.  Thereafter, the Court authorizes plaintiff to send these funds to his mother or any other third party outside of the prison, and NDOC shall comply with such a request.

Paul L. Browning v. MCI, et al.
3:00-CV-0633-ECR-VPC
August 23, 2007
Page 2

IT IS ORDERED that Ms. Mehta shall send the revised settlement agreement to the plaintiff no later than Friday, August 24, 2007. The plaintiff shall then send the executed agreement back to Ms. Mehta who will request the settlement check and have it deposited into the plaintiffs Trust II account.

9:30 a.m. Ms. Mehta is excused from the rest of this proceeding.

On July 9, 2007, the plaintiff filed an expedited motion for preliminary ruling from trial court barring defendants from re-litigating issues of law decided against them during the summary judgment process at trial (#301), the defendants opposed and filed a counter-motion for clarification of order #248 (#304), and the plaintiff replied (#309). The District Court then referred this matter to this Court (#300).

The Court and the parties discuss the District Court's order (#248) and the joint pretrial order.

The Court reads into the record portions of the District Court's order and canvasses the parties regarding their understanding of order (#248).

Having reviewed the District Court's order and heard from the parties, the Court finds that it shall enter a report and recommendation regarding the NDOC defendants' counter-motion for clarification.

After the District Court issues its final order on the motion for clarification, the Court directs the parties to meet and confer and to the extent disputes remain regarding the joint pretrial order, they shall request that this Court conduct a hearing.

The plaintiff advises that he has not received the defendants' notice of submission of proposed pretrial order; therefore, Ms. Porter shall send to the plaintiff in today's mail a copy of (#312).

**IT IS SO ORDERED**.

10:08 a.m. Court adjourns.

LANCE S. WILSON, CLERK

By: _____/s/_____
Lisa Mann, Deputy Clerk