___ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 2 7 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL BROWNING, | 3:00-CV-0633-ECR (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | January 26, 2011 |
| MCI WORLDCOM, INC., et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On January 3, 2011, plaintiff filed a motion to unseal the August 29, 2008 hearing (#396) to allow plaintiff to obtain a copy of the court's official recording of that proceeding (#445). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

**IT IS ORDERED** that plaintiffs' motion to unseal the August 29, 2008 hearing (#396) to allow plaintiff to obtain a copy of the court's official recording of that proceeding (#445) is **GRANTED.**

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk